$25.35
#6460

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------

IN RE:                                                BK NO. 03-24897

WILLIAM C HYDE & JAMY A BRICE-HYDE
      Debtor(s)
--------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

   Clinical Social Work & Counseling Service
   963 Walnut Street
   Elmira NY 14905

2. Your Trustee's check for $25.35, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.


Dated: August 26, 2009
      Rochester, NY                   /s/_____
                                                     GEORGE M. REIBER, TRUSTEE


FILED AUG 3 1 2009 BANKRUPTCY COURT ROCHESTER, NY